UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
JOSEPH MULLER,

                       Plaintiff,                                    **MEMORANDUM AND**
-against-                                                       **ORDER**

QWIK LOGISTICS GROUP, LLC,                 22-CV-2500 (SIL)

                       Defendant.
----------------------------------------------------------------X

**STEVEN I. LOCKE, United States Magistrate Judge:**

On September 27, 2022, in this wage and hour action brought pursuant to the Fair Labor Standards Act of 1938 ("FLSA"), 29 U.S.C. § 201 *et seq.*, and the New York Labor Law ("NYLL"), N.Y. Lab. Law § 190 *et seq.* and § 650 *et seq.*, Plaintiff Joseph Muller and Defendant Qwik Logistics Group, LLC submitted a motion seeking approval of a Settlement Agreement and Release (the "Settlement Agreement").[1] *See* Docket Entry ("DE") [18]. On October 11, 2022, the parties appeared before this Court for a fairness hearing pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 206 (2d Cir. 2015). *See* DE [19].

Having reviewed the parties' joint submissions in support of their application, the Court finds that the Settlement Agreement's terms are fair and reasonable. *See Cheeks*, 796 F.3d at 206; *see also Wolinsky v. Scholastic Inc.*, 900 F. Supp. 2d 332, 335 (S.D.N.Y. 2012) (requiring that a district court scrutinize an FLSA settlement

---

[1] This action has been assigned to this Court for all purposes pursuant to 28 U.S.C. § 636(c). *See* DE [21].

2

agreement to determine that it is fair and reasonable).  Accordingly, the Settlement Agreement is approved, and the Clerk of the Court is directed to close this case.

Dated:   Central Islip, New York         **SO ORDERED.**
         October 12, 2022

                                         /s/ Steven I. Locke
                                         STEVEN I. LOCKE
                                         United States Magistrate Judge